**Price Law Group, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com

Steven A. Alpert, NV Bar #8353
*Attorneys for Plaintiff,*
*Christopher Ramirez*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER RAMIREZ,<br><br>        Plaintiffs,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>        Defendants. | Case No.: 2:22-cv-00908-APG-BNW<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC. WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Christopher Ramirez and Defendant Equifax Information Services, LLC. ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice as to Defendant Equifax.

//

//

//

//

Each party is to bear their own attorneys' fees and costs.

IT IS SO ORDERED:

Dated: September 28, 2022

_____
Andrew P. Gordon
United States District Judge

RESPECTFULLY SUBMITTED,

**PRICE LAW GROUP, APC**

DATED: September 27, 2022

*/s/Steven A. Alpert*
Steven A. Alpert, NV Bar #8353
PRICE LAW GROUP, APC
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com

*Attorney for Plaintiff,*
*Christopher Ramirez*

**CLARK HILL PLC**

*/s/ Gia N. Marina*
Gia N. Marina, Nevada Bar No. 15276
CLARK HILL PLC
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
Email: gmarina@clarkhill.com

*Attorney for Defendant,*
*Equifax Information Services LLC*